# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANDY LEE WRIGHT,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:06CV44-3-MU

RICK JACKSON,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2006, Order.

Signed: May 9, 2006

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court